# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONALD GENE GRIZZLE, JR., ID # 01935380, | § § § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1526-S-BH |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division | § § § § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court denies Petitioner's Motion for Relief Pursuant to Federal Rule 60b(6), received on September 10, 2019 [ECF No. 11].

**SO ORDERED.**

SIGNED October 7, 2019.

UNITED STATES DISTRICT JUDGE