## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **RONALD GENE GRIZZLE, JR.,** | ) | |
| **ID # 01935380,** | ) | |
| **Petitioner,** | ) | |
| **vs.** | ) | **No. 3:19-CV-1526-S-BH** |
| | ) | |
| **LORIE DAVIS, Director,** | ) | |
| **Texas Department of Criminal** | ) | |
| **Justice, Correctional Institutions Division,** | ) | |
| **Respondent.** | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Petitioner. The District Court reviewed *de novo* those portions of the proposed findings, conclusion, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. After review, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petitioner's *Motion to Reopen Based on the Following Reasons*, received on January 24, 2020 [ECF No. 20], is hereby **DENIED**.

**SO ORDERED.**

SIGNED August 3, 2020.

**UNITED STATES DISTRICT JUDGE**