# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| RONALD GENE GRIZZLE, JR., <br> ID # 01935380 | § § § | |
| v. | § § § | CIVIL ACTION NO. 3:19-CV-1526-S-BH |
| LORIE DAVIS | § | |

## ORDER

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and the objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petitioner's Motion for Rehearing, filed on October 6, 2020 [ECF No. 26], is hereby **DENIED**.

**SO ORDERED.**

SIGNED January 12, 2021.

_____
**UNITED STATES DISTRICT JUDGE**