IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RONALD GENE GRIZZLE, JR, ) <br> ID # 01935380, ) <br>     Petitioner, ) <br> ) <br> vs. ) <br> ) <br> LORIE DAVIS, Director, ) <br> Texas Department of Criminal ) <br> Justice, Correctional Institutions Division, ) <br>     Respondent. ) | No. 3:19-CV-1526-S-BH <br><br><br> Referred to U.S. Magistrate Judge[1] |

### RECOMMENDATION REGARDING REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL

Before the Court is the petitioner's *Application to Proceed In Forma Pauperis* on appeal and accompanying certificate of inmate trust account, received on March 12, 2021 (doc. 33).

(**X**)  The request for leave to proceed *in forma pauperis* on appeal should be DENIED because the Court should certify under Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith, and that it presents no legal points of arguable merit and is therefore frivolous for the reasons set forth in the findings, conclusions, and recommendations filed in this case on July 1, 2019, September 18, 2019, April 15, 2020, and October 8, 2020 (docs. 7, 12, 21, 28).

**If the Court denies the request to proceed *in forma pauperis* on appeal, the petitioner may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).  *See* Fed. R. App. P. 24(a)(5).**

**SIGNED this 16th day of March, 2021.**

*[signature]*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] By *Amended Miscellaneous Order No. 6* (adopted by *Special order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* on appeal are automatically referred.